SHARON L. ANDERSON (SBN 94814)
County Counsel
NIMA E. SOHI (SBN 233199)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: nima.sohi@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID COOK,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA; Contra Costa County Sheriff DAVID O'LIVINGSTON; Contra Costa County Assistant Sheriff MATTHEW SCHULER; West County Detention Facility Commander LT. CRAIG BROOKS; West County Detention Facility Nursing Director ELENA O'MARY; Chief Medical Officer of Contra Costa Regional Medical Center and West County Detention Facility Medical Director DAVID GOLDSTEIN, and DOES I to XXX, inclusive,<br><br>    Defendants. | No. C15-05099 TEH<br><br>DEFENDANT COUNTY OF CONTRA COSTA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS ALL CLAIMS IN PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>[Fed. R. Evid. 201]<br><br>Date:   March 7, 2016<br>Time:   10:00 a.m.<br>Crtrm:  2, 17th Floor<br>Judge:  Hon. Thelton E. Henderson, Presiding<br><br>Date Action Filed: May 5, 2015<br>Trial Date: None Assigned |

Defendant COUNTY OF CONTRA COSTA hereby requests that this Court take judicial notice of the following document and facts that meet the requirements of Rule 201 of the Federal Rules of Evidence:

1.    <u>Document</u>:  Government tort claim of Plaintiff David Cook relating to the September 26, 2014 incident at West County Detention Facility, which is the subject of his

complaint in the above-entitled action.  Filed on September 29, 2014, and rejected in full on November 4, 2014.  <u>Source document</u>: Government tort claim of David Cook (*See* Declaration of Stacey M. Boyd in support of Request for Judicial Notice, ¶ 4, Exh. A).

2. <u>Facts</u>:  Government tort claim of Plaintiff David Cook relating to the September 26, 2014 incident at West County Detention Facility, which is the subject of his complaint in the above-entitled action, relates to a personal injury claim for a slip and fall on stairs, and does not include any facts relating to a failure to summon medical care or medical malpractice claim against the County of Contra Costa or its employees.  <u>Source document</u>: Government tort claim of David Cook (*See* Declaration of Stacey M. Boyd in support of Request for Judicial Notice, Exh. A).

For the Court's convenience and ease of reference, a true and correct copy of the above-described Government tort claim is attached as **Exhibit A** to the Declaration of Stacey M. Boyd, filed herewith in Support of Defendant's Request for Judicial Notice.

Courts may take judicial notice of a fact not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).  Public records are appropriate matters for judicial notice. *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (courts may take judicial notice of matters of public record outside the pleadings).  And courts may take judicial notice of matters of public record without converting a Rule 12(b)(6) motion to a summary judgment motion. *Mack v. S. Bay Beer Distributors*, 798 F.2d 1279, 1282 (9th Cir. 1986), *abrogated on other grounds by Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104 (1991).

Similarly, under California law, matters subject to judicial notice may include official acts of the county.  Evid. Code, § 452, subds. (c), (d).  Judicial notice of records of the Clerk of the Board of Supervisors is appropriate under Evidence Code section 452, subdivision (c), "authorizing notice of 'official acts of the legislative, executive, and judicial departments of the United States and of any state of the United States.'" *Washington v. County of Contra Costa*, 38 Cal. App. 4th 890, 900 (1995).

DATED: January 22, 2016              SHARON L. ANDERSON, County Counsel

By: _____/s/_____
    NIMA E. SOHI
    Deputy County Counsel
    Attorneys for Defendant
    COUNTY OF CONTRA COSTA

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS ALL CLAIMS IN PLAINTIFF'S SECOND AMENDED COMPLAINT – Case No. C15-05099 TEH     3