SHARON L. ANDERSON (SBN 94814)
County Counsel
NIMA E. SOHI (SBN 233199)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: nima.sohi@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID COOK,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA; Contra Costa County Sheriff DAVID O'LIVINGSTON; Contra Costa County Assistant Sheriff MATTHEW SCHULER; West County Detention Facility Commander LT. CRAIG BROOKS; West County Detention Facility Nursing Director ELENA O'MARY; Chief Medical Officer of Contra Costa Regional Medical Center and West County Detention Facility Medical Director DAVID GOLDSTEIN, and DOES I to XXX, inclusive,<br><br>Defendants. | No. C15-05099 TEH<br><br>DECLARATION OF STACEY M. BOYD IN SUPPORT OF COUNTY OF CONTRA COSTA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS ALL CLAIMS IN PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>Date:   March 7, 2016<br>Time:   10:00 a.m.<br>Crtrm: 2, 17th Floor<br>Judge:  Hon. Thelton E. Henderson, Presiding<br><br>Date Action Filed: May 5, 2015<br>Trial Date:  None Assigned |

I, STACEY M. BOYD, declare as follows:

    1.    I am over the age of 18 and am a resident of the State of California. I am a Deputy Clerk with the Clerk of the Board of Supervisors of Contra Costa County. I make this declaration based on my own personal knowledge and am competent to testify to the matters stated herein.

DECLARATION OF STACEY M. BOYD IN SUPPORT OF COUNTY OF CONTRA COSTA'S
REQUEST FOR JUDICIAL NOTICE – Case No. C15-05099 TEH

1

2.     My duties as a Deputy Clerk for the Clerk of the Board of Supervisors include reviewing, logging, processing and maintaining copies of all claims submitted to Contra Costa County through the Clerk of the Board of Supervisors under the provisions of the Government Tort Claims Act.

3.     The Clerk of the Board of Supervisors is the official custodian of all government tort claims filed with the Board of Supervisors of Contra Costa County.

4.     Plaintiff David Cook filed a government tort claim against Contra Costa County on or around September 29, 2014. The claim was postmarked September 29, 2014, and received by the Clerk of the Board of Supervisors on September 30, 2014. The claim was rejected on November 4, 2014. Attached hereto as Exhibit A is a true and correct copy of David Cook's claim and the County's denial of said claim.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed on the date indicated below at Martinez, California.

DATED: January 21, 2016

_____
STACEY M. BOYD, Deputy Clerk

DECLARATION OF STACEY M. BOYD IN SUPPORT OF COUNTY OF CONTRA COSTA'S
REQUEST FOR JUDICIAL NOTICE – Case No. C15-05099 TEH

2