| | |
|---|---|
| 1 | SHARON L. ANDERSON (SBN 94814) |
| 2 | County Counsel |
|   | NIMA E. SOHI (SBN 233199) |
| 3 | Deputy County Counsel |
| 4 | COUNTY OF CONTRA COSTA |
|   | 651 Pine Street, Ninth Floor |
| 5 | Martinez, California 94553 |
|   | Telephone:   (925) 335-1800 |
| 6 | Facsimile:    (925) 335-1866 |
| 7 | Electronic Mail: nima.sohi@cc.cccounty.us |

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID COOK, | No. C15-05099 TEH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | [Civil L.R. 6-2, 7-12, 16-2(e)] |
| COUNTY OF CONTRA COSTA; Contra Costa County Sheriff DAVID O'LIVINGSTON; Contra Costa County Assistant Sheriff MATTHEW SCHULER; West County Detention Facility Commander LT. CRAIG BROOKS; West County Detention Facility Nursing Director ELENA O'MARY; Chief Medical Officer of Contra Costa Regional Medical Center and West County Detention Facility Medical Director DAVID GOLDSTEIN, and DOES I to XXX, inclusive, | Date:   February 8, 2016<br>Time:   1:30 p.m.<br>Crtrm: 12, 19th Floor<br>Judge: Hon. Thelton E. Henderson<br><br>Date Action Filed: May 5, 2015<br>Trial Date:   None Assigned |
| Defendants. | |

# STIPULATION

Pursuant to Civil Local Rules 6-2, 7-12 and 16-2(e), and the Honorable Judge Thelton E. Henderson's civil standing order, Plaintiff DAVID COOK, by and through his attorney of record, David E. Castro of the Law Offices of Stawicki & Maples, and Defendant COUNTY OF CONTRA COSTA, by and through its attorney of record, Deputy County Counsel Nima E. Sohi of the Contra Costa County Counsel's Office, hereby stipulate that the initial case management conference ("CMC"), currently scheduled for February 8, 2016, at 1:30 p.m., be continued and rescheduled to April 11, 2016, at 1:30 p.m., or to another date more convenient for the Court.

Good cause exists to continue the date of the initial CMC, and associated deadlines (except initial disclosures), including preparing the Joint CMC Statement and Proposed Order per Civil Local Rule 16-9, because Plaintiff DAVID COOK filed a Second Amended Complaint ("SAC") on January 9, 2016, named new defendants in the SAC who have not been served nor appeared in this action, and Defendant COUNTY OF CONTRA COSTA has filed a motion to dismiss the SAC. The hearing on the County's pending motion is scheduled for March 7, 2016.

This continuance will provide sufficient time after the pending motion to dismiss is heard for the parties to meet and confer with respect to the contents of the Joint CMC Statement, and to prepare the statement for the Court. There have been no prior time modifications requested or ordered by the Court.

SO STIPULATED.

DATED: January 27, 2016        LAW OFFICES OF STAWICKI & MAPLES

                               By: _____/s/_____
                                   DAVID E. CASTRO
                                   Attorneys for Plaintiff
                                   DAVID COOK

| | |
|---|---|
| DATED: January 27, 2016 | SHARON L. ANDERSON, County Counsel |
| | By: _____*/s/*_____<br>NIMA E. SOHI<br>Deputy County Counsel<br>Attorneys for Defendant<br>COUNTY OF CONTRA COSTA |

## ATTORNEY ATTESTATION

I hereby attest that I have authorization from all of the above-named counsel to E-file this statement, and this authority is reflected by the confirmed signature ("/s/") within this E-filed document.

| | |
|---|---|
| DATED: January 27, 2016 | SHARON L. ANDERSON, County Counsel |
| | By: _____*/s/*_____<br>NIMA E. SOHI<br>Deputy County Counsel<br>Attorneys for Defendant<br>COUNTY OF CONTRA COSTA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Having considered the stipulation filed by the parties, and good cause appearing, the Court hereby ORDERS that the initial Case Management Conference be continued to April 11, 2016 at 1:30 p.m., with the associated deadlines continued accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____01/27_____, 2016____  _____
                                   HON. THELTON E. HENDERSON
                                   United States District Judge