UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COOK,<br>　　　　Plaintiff,<br>　　v.<br>DAVID O'LIVINGSTON, et al.,<br>　　　　Defendants. | Case No. 15-cv-05099-TEH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL** |

This case was referred to Magistrate Judge Spero for a report and recommendation on whether the Court should approve Plaintiff's request to substitute himself in pro per in place of his counsel. Judge Spero's report was completed on June 6, 2017 and served on Plaintiff by mail on June 8, 2017. No objections to the report and recommendation have been received, and the period for filing such objections has now expired. See Fed. R. Civ. P. 72(b)(2) (allowing fourteen-day period after service for filing objections); Fed. R. Civ. P. 6(d) (allowing three additional days following service by mail).

The Court hereby accepts Judge Spero's recommendations in their entirety. With good cause appearing, Plaintiff's motion for substitution is GRANTED. John C. Maples is relieved from the case and Plaintiff is allowed to proceed by representing himself.

Plaintiff is advised to carefully review the Court's February 16, 2017 order and begin discovery on the identity of the nurses and correctional officers who failed to respond to his requests for medical care. ECF No. 61. He may refer to self-help resources on the Court's website, located at https://cand.uscourts.gov/pro-se, and he may contact the Court's help desk at 415-782-8982. The deadline for filing an amended complaint is

hereby extended to **August 1, 2017**. If Plaintiff does not file an amended complaint by that date, the case will be dismissed.

**IT IS SO ORDERED.**

Dated:  06/30/17

_____
THELTON E. HENDERSON
United States District Judge